SEALED



1  McGREGOR W. SCOTT
   United States Attorney
2  VINCENZA RABENN
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 IN THE MATTER OF THE SEARCH OF  )  Case No. 1: 1 8 MJ  0 0 0 7 9 BAM
                                   )
12                                 )  **UNDER SEAL**
             United States of America )
13                                 )  SEALING ORDER
                                   )
14                v.               )
                                   )
15            Victor Garcia,       )
              Angel Rivera, and    )
16            Adolfo Lopez Rayas.  )
                                   )
17                                 )
                                   )
18  _____ )

19      The United States of America, having applied to this Court, for

20 an Order permitting it to file the Complaint, Application, and

21 Affidavit, in the above-entitled proceedings, together with its

22 Application to Seal, under seal, and good cause appearing thereon,

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///


                              1

1    IT IS HEREBY ORDERED that the Complaint, Application, and

2  Affidavit in the above-entitled proceeding, together with the

3  Application To Seal, shall be filed with the Court under seal and

4  shall not be disclosed pending further order of this court.

5

6  DATED: 5/30/18

7                                   Hon. Barbara A. McAuliffe
                                     U.S. MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28