MCGREGOR W. SCOTT
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099



FILED

MAY 31 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

VICTOR GARCIA
    aka ENRIQUE LOPEZ
    aka JIMMY
ANGEL RIVERA
ADOLFO LOPEZ RAYAS

CASE NO. CASE NO. 1:18 MJ 00079 BAM

[PROPOSED] ORDER UNSEALING COMPLAINT

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 5/31/18

The Honorable Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE