# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:18CR-00126-DAD-1 |
| Plaintiff, | ) ) ) | **ORDER GRANTING JOINT STIPULATION TO CONTINUE SENTENCING** |
| vs. | ) ) | |
| VICTOR GARCIA, | ) ) | |
| Defendant. | ) ) ) | |

The Court has read and considered the parties' Joint Stipulation regarding request for continuance of the sentencing hearing date for Defendant, Victor Garcia, and for good cause having been shown:

IT IS HEREBY ORDERED that the current sentencing date in the above-entitled case is continued from January 22, 2019, at 10:00 a.m. to April 29, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **January 18, 2019**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE