HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>VICTOR GARCIA,<br><br>*Defendant,* | Case No. 1:18-cr-00126-DAD-BAM<br><br>**APPLICATION AND ORDER FOR APPOINTMENT OF COUNSEL** |

Defendant, Victor Garcia, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel.

Mr. Garcia had retained counsel and is now seeking appointed counsel under General Order 595, which appoints counsel for all indigent defendants seeking assistance under the First Step Act. He submits the attached Financial Affidavit as evidence of his inability to retain counsel. Mr. Garcia was sentenced to 87-month term of imprisonment on April 29, 2019 and is currently in custody.

///

///

///

After reviewing the attached Financial Affidavit, it is respectfully recommended that counsel be promptly appointed pursuant to 18 U.S.C. § 3006A to represent Mr. Garcia on his compassionate release proceedings related to this case.

DATED: April 13, 2021                         */s/ Eric V. Kersten*
                                              ERIC V. KERSTEN
                                              Assistant Federal Defender
                                              Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **April 13, 2021**                   /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE