AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:18-cr-00126-DAD-BAM   Document 21-1   Filed 02/23/24   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

United States of America
v.
Victor Garcia

Case No: 1:18-cr-00126 DAD-BAM-1

USM No: 77404-097

Date of Original Judgment: 04/29/2019
Date of Previous Amended Judgment: 
*(Use Date of Last Amended Judgment if Any)*

Peggy Sasso
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 87 months **is reduced to** 70 months.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 05/02/2019 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: February 22, 2024

*Judge's signature*

Effective Date: Up to 10 days from the date of this Judgment.
*(if different from order date)*

Dale A. Drozd, District Court Judge
*Printed name and title*